COZY PINE HUNTING PRESERVE, INC., PETITIONER-PETITIONER, v. FISH AND GAME DIVISION OF THE DEPARTMENT OF CONSERVATION AND ECONOMIC DEVELOPMENT, DEFENDANT-RESPONDENT.

See same case below: 87 *N. J. Super.* 84.

*Mr. William Gallner* for the petitioner.

*Mr. Remo M. Croce* and *Mr. Arthur J. Sills* for the respondent.

June 22, 1965. Denied.